**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

IT APPEARING THAT case number 22cv672 was electronically opened in error, therefore

IT IS HEREBY ORDERED that the assignment of 22cv672 shall be vacated and that case number 22cv672 shall not be used for any other proceeding.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge Rebecca R. Pallmeyer

Dated at Chicago, Illinois this 4th day of March, 2022.